UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CONTINENTAL CEMENT COMPANY, L.L.C., | 3:24-CV-00015-RGE-HCA |
| Plaintiff, | |
| vs. | SCHEDULING AND TRIAL SETTING ORDER |
| LINWOOD MINING AND MINERALS CORP.; CARMEUSE MIDWEST, LLC; and AMSCO, INCORPORATED, | |
| Defendants. | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on August 27, 2025.

Based on the discussions during the conference and the parties' proposed schedule, it is hereby

ordered: [1]

1.    The deadlines to exchange initial disclosures, add parties, and file motions for leave to amend pleadings have passed.

2.    Discovery limitations are increased for each party to 50 interrogatories, 50 document requests, 25 requests for admission, and 20 fact depositions. Parties for discovery limitations shall be considered (1) Continental Cement; (2) Linwood Mining, Carmeuse Midwest, and AMSCO ("Linwood Defendants"); and (3) Lafarge.

3.    Fact discovery shall be completed by **June 29, 2026.** Written discovery shall be propounded so that the time for response is not later than this date.

4.    Continental Cement shall designate expert witnesses and disclose their written reports by **October 30, 2026.** Lafarge and the Linwood Defendants shall complete all depositions of Continental Cement's experts by **December 18, 2026.**

---

1 Given the current procedural posture and pending motions to dismiss; LaFarge and the other parties reserve the right to request modifications to the deadlines and limitations set in this Order.

5.     The Linwood Defendants and Lafarge shall designate expert witnesses and disclose their written reports by **February 12, 2027.** Depositions of these experts shall be completed by **April 2, 2027.**

6.     Continental Cement and Lafarge shall designate rebuttal expert witnesses and disclose their written reports by **May 7, 2027.** All depositions of these experts shall be completed by **June 18, 2027.**

7.     The Linwood Defendants shall designate rebuttal expert witnesses and disclose their written reports by **July 23, 2027.** All depositions of these experts shall be completed by **September 3, 2027.**

8.     Lafarge shall designate rebuttal expert witnesses and disclose their written reports for the claims or defenses against the Linwood Defendants by **October 8, 2027.** All depositions of these experts shall be completed by **November 19, 2027.**

9.     Expert discovery shall be completed by Expert discovery shall be completed by **November 19, 2027.**

10.    Dispositive motions shall be filed by **March 31, 2028.**

11.    The Court shall file separate orders resetting the Final Pretrial Conference and trial dates as the case progresses.

IT IS SO ORDERED.

DATED August 28, 2025.

Helen C. Adams
U.S. Magistrate Judge