# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| CONTINENTAL CEMENT COMPANY, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> LINWOOD MINING AND MINERALS CORP., CARMEUSE MIDWEST, LLC, AMSCO, INC., and LAFARGE NORTH AMERICA INC., <br><br> Defendants. | Case No. 3:24-CV-00015-RGE-HCA <br><br><br> **FEBRUARY 3, 2026** <br> **JOINT STATUS REPORT** |

Pursuant to the Court's Order dated November 27, 2024 (ECF No. 49), Plaintiff Continental Cement Company, L.L.C. ("Plaintiff"), Defendants Linwood Mining and Minerals Corp. ("Linwood"), Carmeuse Midwest, LLC ("Carmeuse"), and AMSCO, Inc. ("AMSCO") (together, the "Linwood Defendants"), and Defendant Lafarge North America Inc. ("Lafarge") (collectively, the "Parties") submit the following Joint Status Report. The Parties do not believe the Status Conference on Thursday, February 5, 2026, is necessary, unless the Court would like an update on the progress of discovery.

## I. Status of Case

### a. Fact Discovery

By agreement and pursuant to Fed. R. Civ. P. 34(a)(2), the Parties conducted site inspections of the Continental and Linwood properties on January 19, 2026. Outside counsel and litigation experts participated in the site inspections.

Written discovery and document production continues to move forward. On October 4, 2025, Carmeuse produced an additional 166,748 documents, and, on November 7, 2025, Linwood responded to Lafarge's Requests for Production and Interrogatories.

On January 6, 2026, Continental served Requests for Production and Interrogatories on AMSCO. AMSCO's responses and any accompanying document production are expected soon. On January 9th and 28th, 2026, Continental produced a combined 12,612 documents.

As to the claims between Continental and Lafarge, the pleadings are set now that Continental has answered Lafarge's counterclaims as of February 2, 2026 (Doc. 157). Continental and Lafarge plan to engage in written discovery soon.

To date, the Parties have successfully met and conferred to resolve any discovery disputes.

## II. Issues to Discuss with the Court

As noted above, the Parties do not believe a Status Conference is needed on Thursday, February 5, 2026. Because the pleadings between all Parties are now set and the Parties have conducted the site inspections described above, the Parties met and conferred on February 3, 2026, to discuss scheduling and whether modifications need to be made to the Scheduling and Trial Setting Order dated August 28, 2025 (Doc. 143). Those conversations are ongoing. The Parties plan to submit a Proposed Modified Scheduling and Trial Setting Order by the end of February 2026 for discussion with the Court.

Dated: February 3, 2026

| FOR PLAINTIFF: | FOR THE LINWOOD DEFENDANTS: |
|---|---|
| */s/ Sarah L. Struby* | */s/ Nick Miller* |
| Stephen E. Schemenauer IA# AT0014404 | Matthew S. Brick (AT0001081) |
| STINSON LLP | Erin M. Clanton (AT0002592) |
| 50 South Sixth Street, Suite 2600 | Nicholas F. Miller (AT0015361) |
| Minneapolis, MN 55402 | BRICK GENTRY, P.C. |
| Telephone: (612) 335-1500 | 6701 Westown Parkway, Suite 100 |
| Facsimile: (612) 335-1657 | West Des Moines, IA 50266 |

steve.schemenauer@stinson.com

Sarah L. Struby, admitted *pro hac vice*
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
Telephone: (573) 636-6263
Fax: (573) 636-6231
sarah.struby@stinson.com

Betsy C. Moedritzer, admitted *pro hac vice*
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 412-9307
betsy.moedritzer@stinson.com

Phone: 515-446-3441
Fax: 515-274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
nick.miller@brickgentrylaw.com

**FOR LAFARGE:**

*/s/ Paula Jantzen*

Matthew M. Enenbach, AT0012613
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102-2103
Phone: (402) 346-6000
Facsimile: (402) 346-1148
Matthew.Enenbach@KutakRock.com

Marcus P. Zelzer, AT0014571
Kutak Rock LLP
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4018
Phone: (612) 334-5000
Facsimile: (612) 334-5050
Marcus.Zelzer@KutakRock.com

Paula Jantzen, admitted *pro hac vice*
Stephen Jantzen, admitted *pro hac vice*
Laura Finley, admitted *pro hac vice*
Grant Lucky, admitted *pro hac vice*
Ryan Whaley PLLP
400 N. Walnut Avenue
Oklahoma City, OK  73104
Phone: (405) 239-6040
Facsimile: (405) 239-6766
pjantzen@ryanwhaley.com
sjantzen@ryanwhaley.com
lfinley@ryanwhaley.com
glucky@ryanwhaley.com

## CERTIFICATE OF SERVICE

   I hereby certify that on February 3, 2026, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

                  */s/ Sarah L. Struby*
                  Sarah L. Struby