# Exhibit 1

Plaintiff's proposed Amended Scheduling and Trial Setting Order is set forth below in the right-hand table. The current deadlines in the Scheduling and Trial Setting Order (Doc. 143) are in the left-hand column for comparison purposes.

| Event/Activity | Current Deadline (Dkt. No. 143) | Event/Activity | Continental's Proposed Deadline |
|---|---|---|---|
| Fact Discovery Completed | June 29, 2026 | Fact Discovery Completed | December 31, 2026 |
| Continental discloses expert reports | October 30, 2026 | Continental discloses expert reports in support of all claims against all Defendants | April 1, 2027 |
| Linwood Defendants and Lafarge complete depositions of Continental's experts | December 18, 2026 | | (See March 1, 2028 deadline below) |
| Linwood Defendants and Lafarge disclose expert reports | February 12, 2027 | Defendants' disclose expert reports in response to Continental's April 1, 2027 expert reports<br><br>Linwood Defendants' disclose expert reports against Lafarge and Lafarge discloses expert reports against Linwood Defendants | July 1, 2027 (90 days after April 1 reports) |
| Depositions of Linwood and Lafarge experts completed | April 2, 2027 | | |
| | | Continental discloses expert rebuttal reports in response to Defendants' July 1, 2027 response reports | September 1, 2027 (60 days after July 1 reports) |

| Event/Activity | Current Deadline (Dkt. No. 143) | Event/Activity | Continental's Proposed Deadline |
|---|---|---|---|
| | | Defendants' disclose expert reports in response to each other's July 1, 2027 expert reports | (60 days after July 1 reports)[1] |
| Continental and Lafarge disclose expert rebuttal reports | May 7, 2027 | Defendants disclose expert rebuttal reports in response to Defendants' September 1, 2027 reports | October 1, 2027 (30 days after July 1 reports) |
| Depositions of Continental and Lafarge rebuttal experts completed | June 18, 2027 | | |
| Linwood Defendants disclose expert rebuttal reports | July 23, 2027 | | |
| Depositions of Linwood Defendants rebuttal experts completed | September 3, 2027 | | |
| Lafarge disclosure of rebuttal reports for claims/defenses against Linwood Defendants | October 8, 2027 | | |
| | | Expert Depositions begin | October 15, 2027 |
| Depositions of these experts completed | November 19, 2027 | Depositions of all experts completed | March 15, 2028 (5 months) |
| Expert Discovery Completed | November 19, 2027 | Expert Discovery Completed | March 15, 2028 |
| Deadline for Dispositive Motions | March 31, 2028 | Deadline for Dispositive Motions | May 1, 2028 (60 days) |

---

[1] Because the Defendants' claims and counterclaims against one another are limited to CERCLA Section 113 contribution, Plaintiff believes a shorter time period for response and rebuttal reports is reasonable given the significant factual overlap between Plaintiff's CERCLA claims against the Linwood Defendants and Lafarge (and their CERCLA counterclaims against Plaintiff) and the Defendants' claims against one another.