**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| CONTINENTAL CEMENT COMPANY, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> LINWOOD MINING AND MINERALS CORP., CARMEUSE MIDWEST, LLC, AMSCO, INC., and LAFARGE NORTH AMERICA INC., <br><br> Defendants. | Case No. 3:24-CV-00015-RGE-HCA <br><br><br><br> **AUGUST 7, 2026** <br> **JOINT STATUS REPORT** |

Pursuant to the Court's Text Order dated June 2, 2026 (ECF No. 180), Plaintiff Continental Cement Company, L.L.C. ("Plaintiff"), Defendants Linwood Mining and Minerals Corp. ("Linwood"), Carmeuse Midwest, LLC ("Carmeuse"), and AMSCO, Inc. ("AMSCO") (together, the "Linwood Defendants"), and Defendant Lafarge North America Inc. ("Lafarge") (collectively, the "Parties") submit the following Joint Status Report.

## I. Status of Case

### a. Fact Discovery

Written discovery continues to move forward. Plaintiff produced additional documents on June 30, 2026. Linwood and Carmeuse recently responded to Plaintiff's Second Set of Interrogatories and Requests for Production of Documents and produced additional documents. The Parties exchanged privilege logs on July 17, 2026. The Parties are working on noticing fact witness and Federal Rule of Civil Procedure 30(b) depositions.

**II.    Issues to Discuss with the Court**

The Parties are set to appear before the Court on August 27, 2026, to discuss issues concerning the first trial in this matter on all liability issues (ECF No. 187). *See also* ECF No. 177 at 5 (directing the Parties to discuss scheduling the first trial on all common law claims and CERCLA liability). The Parties submitted their respective positions in the Joint Status Report dated July 24, 2026 (ECF No. 186). The Parties continue to meet and confer to discuss the two points where they do not agree: (1) whether the Parties envision a break following an initial trial on just CERCLA liability to allow the Parties to brief Findings of Fact and Conclusions of Law from the first trial and for the Court to enter an Order resolving CERCLA liability; and (2) where in the larger trial sequencing structure the contract claims between Plaintiff and Lafarge should be tried before the Court (i.e., should it be bench tried as part of the initial trial on CERCLA liability, as Lafarge and the Linwood Defendants propose, or after a break following an initial trial on CERCLA liability alone, as Plaintiff proposes). At present the Parties' positions remain unchanged from what was reported on July 24, 2026, although the Linwood Defendants may be amenable to a pause between the bench trial on CERCLA liability and the combined jury and bench trial on the tort, contract, and injunctive relief claims between Plaintiff and the Linwood Defendants.

The Parties are willing to appear for the Status Conference on Tuesday, August 11, 2026, if the Court has questions about the Joint Status Report submitted on July 24, 2026, or would like additional details. Otherwise, there are no other issues to discuss with the Court at this time.

Dated: August 7, 2026

**FOR PLAINTIFF:**                                    **FOR THE LINWOOD DEFENDANTS:**

*/s/ Sarah L. Struby*                                */s/ Nicholas F. Miller*
_____            _____

Stephen E. Schemenauer IA# AT0014404
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
steve.schemenauer@stinson.com

Sarah L. Struby, admitted *pro hac vice*
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
Telephone: (573) 636-6263
Fax: (573) 636-6231
sarah.struby@stinson.com

Betsy C. Moedritzer, admitted *pro hac vice*
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 412-9307
betsy.moedritzer@stinson.com

Matthew S. Brick (AT0001081)
Erin M. Clanton (AT0002592)
Nicholas F. Miller (AT0015361)
BRICK GENTRY, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Phone: 515-446-3441
Fax: 515-274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
nick.miller@brickgentrylaw.com

**FOR LAFARGE:**

*/s/ Paula Jantzen*

Matthew M. Enenbach, AT0012613
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102-2103
Phone: (402) 346-6000
Facsimile: (402) 346-1148
Matthew.Enenbach@KutakRock.com

Marcus P. Zelzer, AT0014571
Kutak Rock LLP
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4018
Phone: (612) 334-5000
Facsimile: (612) 334-5050
Marcus.Zelzer@KutakRock.com

Paula Jantzen, admitted *pro hac vice*
Stephen Jantzen, admitted *pro hac vice*
Laura Finley, admitted *pro hac vice*
Grant Lucky, admitted *pro hac vice*
Ryan Whaley PLLC
400 N. Walnut Avenue
Oklahoma City, OK  73104
Phone: (405) 239-6040
Facsimile: (405) 239-6766
pjantzen@ryanwhaley.com
sjantzen@ryanwhaley.com
lfinley@ryanwhaley.com
glucky@ryanwhaley.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Sarah L. Struby*
Sarah L. Struby